# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 69-14428 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WEST CARROLL PARISH SCHOOL BOARD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## MEMORANDUM ORDER

This school district operates under a long-standing desegregation decree. Under *Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1 (1971), school officials have a "continuing duty to eliminate the system-wide effects of earlier discrimination and to create a unitary school system untainted by the past." *Ross v. Houston Independent School Dist.*, 699 F.2d 218, 225 (5th Cir. 1983) (citing *Swann*, 402 U.S. at 15). This Court is required to "retain jurisdiction until it is clear that state-imposed segregation has been completely removed." *Id.* (citing *Green v. New Kent County School Bd.*, 391 U.S. 430, 439 (1968); *Raney v. Bd. of Educ.*, 391 U.S. 443, 449 (1968)).

Upon review of this matter, the Court finds that there has been some apparent confusion about the School Board's reporting requirements. Accordingly, the Court, upon its own motion, hereby AMENDS the standing Decree and amendments thereto as follows:

On or before October 15th of each calendar year, beginning in 2008, the School Board shall submit to the Court an annual report, which contains the following:

(A)   The enrollment by grade and race for each school for the current school year; and

(B)   For each school, the name and race of each teacher employed for the current school year.

The Court's Order is not intended to modify any other requirements set forth in the March

21, 2007 Consent Order.

Any party desiring a status conference to discuss the Court's amendment to the reporting requirements may file the appropriate motion.

MONROE, LOUISIANA, this 14th day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE